ORIGINAL

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
TIMOTHY CREGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 3 2005

at 9 o'clock and 40 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00302 HG |
| | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
| | ) DRAFT PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| TIMOTHY CREGAN, | ) |
| | ) Sentence Date: February 2, 2006 |
| Defendant. | ) Sentence Time: 1:30 p.m. |
| | ) |
| _____ | ) |

## DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant TIMOTHY CREGAN, by and through counsel, Shanlyn A.S. Park, Assistant Federal Defender, respectfully states that he has no objections

## CERTIFICATE OF SERVICE

I, MARI S. WONG, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 23, 2005:

MARSHALL SILVERBERG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

MONA L. GODINET
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, December 23, 2005.

_____
MARI S. WONG
Legal Secretary to
SHANLYN A.S. PARK
Attorney for Defendant
TIMOTHY CREGAN