# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 2, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR. 05-00302HG

CASE NAME:      U.S.A. vs. TIMOTHY CREGAN

ATTYS FOR PLA:  Marshall H. Silverberg

ATTYS FOR DEFT: Shanlyn A.S. Park

U.S.P.O.:       Mona L. Godinet

---

JUDGE:   Helen Gillmor         REPORTER:   Stephen Platt

DATE:    February 2, 2006      TIME:       1:30 - 2:10

---

COURT ACTION: SENTENCING TO COUNT 1 OF THE FELONY INFORMATION

The defendant is present in custody.
The Memorandum of Plea Agreement is accepted.
Allocution by the defendant.

ADJUDGED: Impr of 57 mos.

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug

tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office. The defendant is required to either transition into a half-way house or other transitional housing for 6 months upon his release from imprisonment at the discretion of the Probation Office. That the defendant take any prescribed medication, and that failure to do so is a violation of his supervised release.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special assessment: $100.
Advised of rights to appeal the sentence.
RECOMMENDATIONS: A medical facility that has the capabilities to address the defendant's mental health condition. Further recommended that the defendant's mental condition and consumption of his medication be closely monitored.

Submitted by: David H. Hisashima, Courtroom Manager